FILED
2018 Jul-18 PM 04:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit "B"

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
## BIRMINGHAM DIVISION

| | | |
|---|---|---|
| **MOUNT ROYAL TOWERS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **CIVIL ACTION NO.** |
| | ) | **01-CV-2018-902707.00** |
| **STERICYCLE, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant Stericycle, Inc. ("Stericycle") has filed its Notice of Removal of this action to the United States District Court for the Northern District of Alabama, Southern Division, in the above-styled and numbered cause which was until now pending in the Circuit Court of Jefferson County, Alabama, thereby removing this case to the United States District Court for the Northern District of Alabama, Southern Division. A true and correct copy of the Notice of Removal is attached as "**Exhibit 1**."

Respectfully submitted this 17th day of July, 2018

/s/     *Steven C. Corhern*
One of the Attorneys for Defendant Stericycle, Inc.

**OF COUNSEL**:
L. Conrad Anderson IV
Steven C. Corhern
Balch & Bingham LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203
Telephone: (205) 251-8100
Facsimile: (205) 226-8799

1

## CERTIFICATE OF SERVICE

   I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the AlaFile system, which will send notification of this filing on this the 17th day of July 2018, to the following:

 Edward L. Hardin, Jr.
 Anthony C. Harlow
 Benjamin B. Coulter
 Jacob Burchfield
 Burr & Forman LLP
 420 North 20th Street, Suite 3400
 Birmingham, AL 35203


               /s/  *Steven C. Corhern*
               Of Counsel